IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-40869
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IGNACIO TORRES-LOPEZ, also known as Ruben Gonzalez-Lopez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-202-1

_____

December 6, 2001

Before POLITZ, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender has moved for leave to withdraw as counsel for

the defendant, Ignacio Torres-Lopez, and has filed a brief as required by <u>Anders v.</u>

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>California</u>.[1]  Torres has received a copy of counsel's motion and brief and has filed a response.

Our independent review of the record, Torres' response to counsel's motion, and controlling jurisprudence discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.[2]

---

[1]386 U.S. 738 (1967).

[2]5th Cir. R. 42.2.